SYLVESTER PLOOF *v.* HENRY W. PUTNAM.

May Term, 1910.

Present: ROWELL, C. J., MUNSON, WATSON, HASELTON, and POWERS, JJ.

Opinion filed May 30, 1910.

*New Trial—Newly Discovered Evidence—Due Diligence—Suffi-
ciency of Affidavit.*

The statement, in an affidavit in support of a petition for a new trial
on the ground of newly discovered evidence, that diligent search
was made, is insufficient, for that is merely the opinion of the
affiant, whereas the facts should be stated from which it can be
judged whether there was due diligence.

PETITION for a new trial on the ground of newly discovered
evidence, preferred to the Supreme Court for Chittenden County
at its May Term, 1910, and then heard on the petition and sup-
porting affidavits.

*Batchelder & Bates* for the petitioner.

*Martin S. Vilas* and *Cowles & Moulton* for the petitionee.

ROWELL, C. J.    Final judgment having gone against the
defendant at a former term, the case now comes before us on his
petition for a new trial on the ground of newly discovered evi-
dence.

The only evidence presented, to show diligence on his part
to discover the evidence relied upon before the trial below, is
contained in the affidavit of Mr. Braisted, who was employed by
the defendant to look up the evidence and prepare the case for
trial.    He says that he spent several days in procuring and
endeavoring to procure witnesses, and saw various and all persons
of whom he could learn by diligent inquiry that might know the
facts of the case, and under the direction of counsel obtained all
the evidence, and made the best preparation, he could for the
trial, but was unable to find any one who knew the things stated

in the other affidavits attached to the petition, though he made diligent search and inquiry.

But this is not enough, as we have often held, for we can not act upon his opinion of what was diligence. He should have stated facts that would enable us to judge of the matter, and none are stated. *Comoli* v. *State*, 78 Vt. 423, 63 Atl. 186; *Hemmenway* v. *Lincoln*, 82 Vt. 465, 73 Atl. 1073.

*Petition dismissed with costs.*